NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CRUZ VERGARA-CAVILLO,    )
           )
   Appellant,    )
           )
v.           )  Case No. 2D20-393
           )
STATE OF FLORIDA,    )
           )
   Appellee.    )
_____)

Opinion filed September 30, 2020.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; Larry Helms, Judge.

Cruz Vergara-Cavillo, pro se.

PER CURIAM.

    Affirmed.

KELLY, LaROSE, and LUCAS, JJ., Concur.